## PITMAN v. STATE.
### No 20950.

Court of Criminal Appeals of Texas.
March 27, 1940.

Jewel N. Bauldwin, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for perjury; penalty assessed at confinement in the penitentiary for two years.

The record is before this court without statement of facts or bills of exception. Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. No error having been presented, the judgment of the trial court is affirmed.

## SNOW v. STATE.
### No. 20935.

Court of Criminal Appeals of Texas.
March 27, 1940.

M. E. Gates, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for six years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.